AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE: 05 OCTOBER 2007

Name of SERVER: KEVIN HAWKINS   TITLE: Software Engineer

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On October 5, 2007, summons was served by U.S. Certified Mail to: Civil Clerk, U.S. Attorney's Office, 450 Golden Gate Ave., San Francisco, CA 94102; Michael Chertoff, Secretary, U.S. D.H.S., Washington, D.C. 20528; Peter Keisler, Attorney General, U.S. D.O.J., 10th and Constitutional Ave., Washington, D.C. 20530; Emilio Gonzalez, Director, U.S. C.I.S., Washington D.C. 20528; Gerard Heinauer, Director, Nebraska Service Center, U.S. C.I.S., P.O. Box 82521, Lincoln, NE 68501-2521; Office of the General Counsel, U.S. D.H.S., Washington, D.C. 20528.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/5/2007
Date

Signature of Server

30 Miraflores Ave, San Rafael, CA 94901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure