SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMID SAADATI,<br>                  Petitioner,<br>      v.<br>MICHAEL CHERTOFF, in his official capacity, Secretary, United States Department of Homeland Security; *et al.*,<br>                  Respondents. | No. C 07-5091 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of 28 U.S.C. § 636© and Fed. R. Civ. P. 73, Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: December 18, 2007                      Respectfully submitted,

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney


                                                         _____/s/_____
                                                       ILA C. DEISS
                                                       Assistant United States Attorney
                                                       Attorneys for Respondents

Consent to Magistrate Judge Jurisdiction
C07-5091 EMC