1 | Michael Craig Cox, CA SBN # 248393
2 | 120 Roble Road, #108
　 | Walnut Creek, CA 94597
3 | Telephone:    650.245.2565
　 | Facsimile:     by appointment: 925.943.6249
4 | Email:           mick@legalhelpfor.us

Attorney for Petitioner
Omid SAADATI

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Omid SAADATI,** | Case No.: C07-05091 EMC |
| Petitioner, | |
| v. | **Stipulation and [Proposed] Order Continuing Case Management Conference** |
| **Michael CHERTOFF**, in his official capacity, Secretary, United States Department of Homeland Security; | Immigration Case |
| **Peter KEISLER**, in his official capacity, Attorney General, United States Department of Justice; | Agency No.: A071 759 726 |
| **Emilio GONZALEZ**, in his official capacity, Director, United States Citizenship and Immigration Services, United States Department of Homeland Security; and | |
| **Gerard HEINAUER**, in his official capacity, Director, Nebraska Service Center, United States Citizenship and Immigration Services, United States Department of Homeland Security, Lincoln, Nebraska | |
| Respondents. | |

Stipulation and Order Continuing CMC - 1                              Case No. C07-05091 EMC

Petitioner Saadati, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

1. Petitioner Saadati filed a petition on October 3, 2007, asking the Court to review, <u>de novo</u>, Petitioner Saadati's naturalization application and grant his naturalization, or in the alternative, order the United States Citizenship and Immigration Services to adjudicate Petitioner Saadati's application for naturalization.

2. Respondents filed an answer on December 10, 2007.

3. The Initial Case Management Conference is currently scheduled on January 16, 2008.

4. The parties believe Petitioner's case may possibly be administratively resolved within the next couple of months.

5. The parties therefore agree, subject to approval by the Court, to continue the Case Management Conference currently set for January 16, 2008 to **March 19, 2008.**

6. The parties further agree, subject to approval by the Court, to file a joint case management statement seven days in advance of the case management conference, and to file the necessary Alternative Dispute Resolution documents twenty-one days in advance of the case management conference. The parties are also discussing the propriety of discovery and, if necessary, will provide their initial disclosures and Rule 26(f) report seven days before the case management conference.

Respectfully submitted,

Dated this 14th day of December, 2007

/s/  Michael Craig Cox

_____
Michael Craig Cox

                                                          Attorney for Petitioner
Omid Saadati

Dated:

                                                          _____/s/_____
Ila Deiss

Assistant United States Attorney
Attorney for Respondents

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to March 19, 2008.

Dated:

                                                          _____
Edward M. Chen

United States Magistrate Judge