SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMID SAADATI,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security,<br>PETER KEISLER, in his Official Capacity, Attorney General, United States Department of Justice;<br>EMILIO GONZALEZ, in his Official Capacity, Director, United States Citizenship and Immigration Services, United States Department of Homeland Security;<br>GERARD HEINAUER, in his Official Capacity, Director, Nebraska Service Center, United States Citizenship and Immigration Services, United States Department of Homeland Security, Lincoln, Nebraska,<br><br>　　　　　　Respondents. | No. C 07-5091 EMC<br><br>STIPULATION TO DISMISS and [PROPOSED] ORDER |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do

Stipulation to Dismiss
C07-5091 EMC                                        1

1  so within 30 days of the dismissal of this action.
2      Each of the parties shall bear their own costs and fees.
3  Date: January 4, 2008                    Respectfully submitted,
4                                            SCOTT N. SCHOOLS
                                              United States Attorney
5
6
7                                            _____/s/_____
                                              ILA C. DEISS
                                              Assistant United States Attorney
8                                            Attorneys for Respondents
9
10
11                                           _____/s/_____
    Date: January 4, 2008                    MICHAEL C. COX
12                                           Attorney for Petitioner
13
                              **ORDER**
14
        Pursuant to stipulation, IT IS SO ORDERED.
15
16
    Date: _____
17                                           EDWARD M. CHEN
                                              United States Magistrate Judge
18

Stipulation to Dismiss
C07-5091 EMC                          2