1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  OMID SAADATI,                          )
                                           )  No. C 07-5091 EMC
13              Petitioner,                )
                                           )
14         v.                              )
                                           )  STIPULATION TO DISMISS and
15  MICHAEL CHERTOFF, in his Official      )  [PROPOSED] ORDER
    Capacity, Secretary, United States Department )
16  of Homeland Security,                  )
    PETER KEISLER, in his Official Capacity, )
17  Attorney General, United States Department )
    of Justice;                           )
18  EMILIO GONZALEZ, in his Official Capacity, )
    Director, United States Citizenship and )
19  Immigration Services, United States Department )
    of Homeland Security;                 )
20  GERARD HEINAUER, in his Official Capacity, )
    Director, Nebraska Service Center, United States )
21  Citizenship and Immigration Services, United )
    States Department of Homeland Security, )
22  Lincoln, Nebraska,                     )
                                           )
23              Respondents.               )
    _____ )
24

25      Petitioner, by and through his attorney of record, and Respondents, by and through their

26  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

27  above-entitled action without prejudice because the United States Citizenship and Immigration

28  Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do

    Stipulation to Dismiss
    C07-5091 EMC                          1

1  so within 30 days of the dismissal of this action.

2      Each of the parties shall bear their own costs and fees.

3  Date: January 4, 2008                         Respectfully submitted,

4                                                SCOTT N. SCHOOLS
                                                  United States Attorney

5

6
                                                  _____/s/_____
7                                                 ILA C. DEISS
                                                  Assistant United States Attorney
8                                                 Attorneys for Respondents

9

10

11                                                _____/s/_____
   Date: January 4, 2008                          MICHAEL C. COX
12                                                 Attorney for Petitioner

13
                                      **ORDER**
14
        Pursuant to stipulation, IT IS SO ORDERED.
15

16
   Date:          January 7, 2008
17                                                EDWAR
                                                  United St

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-5091 EMC                              2